Dear petitioner          money great          money good and money and money

PD-0675-14

Hi how are you Doing hi I am Doing great I hope you that you are Doing great hi I am great I would like to Doing great and so just try to me to Be Back or no t or not or or no t to me are not or not to Do or are not great and and so I got so or not to Do or Doing something that's not or right to Be peaceful And to Be peaceful And to Be frank Crowley's Building or no t And so to Be something By to me and you to me and you to Be to Be true to Be something about and to Be with you and to you to you and me and you to me and you and and to you and with art you to you and me to you and to me and and you to me and and you and you to sweet to me and to me to me and and to you to you and me and you and to you and and to me and and you and and and to you to you me and and you to you to you to you to and to you and and to you and me to you you and me to and and to you and to you and to you to you and and to me and you to Be to you and and me to you to you to you to you and and to you and me to you to and and to you you and me to you to Be true And to go home.

          way money and money and money money all

good work                    And And And good peace                    good time

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

good true               good time      good petitioner

FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

good true          good time Abel Acosta, Clerk          good peace

and to me          true peace                    to true peace

good time          true time                    good kid